FILED

12/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0438

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0438

HAMILTON SOUTHSIDE HISTORIC
PRESERVATION ASSOCIATION,

      Petitioner/Appellant,

vs.                                                    O R D E R

ZONING BOARD OF ADJUSTMENT of the
CITY OF HAMILTON,

      Respondent/Appellee,

    and

ROMAN CATHOLIC BISHOP OF HELENA,
a Montana religious corporation sole.

      Respondent/Appellee.

Upon consideration of Respondent/Appellee Roman Catholic Bishop of Helena, Montana's unopposed motion for 30-day extension of time to file its appeal brief and good cause appearing,

IT IS ORDERED that Respondent/Appellee Roman Catholic Bishop of Helena, Montana's appeal brief shall be filed on or before January 25, 2023.

DATED this _____ day of December, 2022.

                              For the Court,

                              _____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2022